IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jerone McDougald,

    Plaintiff(s),

vs.

Warden Ron Drdos, et al.,

    Defendant(s).

Case Number: 1:17cv95

Judge Susan J. Dlott

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on March 9, 2017 a Report and Recommendation (Doc. 6). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 9).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, plaintiff's claims against defendants Erdos and Cool, and all defendants in their official capacities are DISMISSED with prejudice pursuant to §28 U.S.C. §§1915(e)(2)(B) and 1915A(b)(1).

IT IS SO ORDERED.

                        ___s/Susan J. Dlott_____
                        Judge Susan J. Dlott
                        United States District Court