IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Jerone McDougald, | : |
| | : |
| Plaintiff(s), | : |
| | : Case Number: 1:17cv95 |
| vs. | : |
| | : Judge Susan J. Dlott |
| Warden Erdos, et al., | : |
| | : |
| Defendant(s). | : |

## ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate

Judge Stephanie K. Bowman filed on march 8, 2018 (Doc. 36), to whom this case was referred

pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the

time for filing such objections under Fed. R. Civ. P. 72(b) expired March 22, 2018, hereby

ADOPTS said Report and Recommendation.

Accordingly, plaintiff's motions to dismiss (Docs. 19,31) are DENIED.

IT IS SO ORDERED.


Judge Susan J. Dlott
United States District Court