IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jerone McDougald,

    Plaintiff(s),

vs.

Ron Erdos, et al,

    Defendant(s).

Case Number: 1:17cv95

Judge Susan J. Dlott

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on August 9, 2018 a Report and Recommendation (Doc. 39). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 40), and the defendants filed a response to the plaintiff's objections (Doc. 41).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, defendants' motion for summary judgment (Doc. 22) is GRANTED. All remaining pending motions (Doc. 38) are DENIED as MOOT.

This case is hereby TERMINATED from the docket of this Court.

IT IS SO ORDERED.

                                              ___s/Susan J. Dlott_____
                                              Judge Susan J. Dlott
                                              United States District Court