IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jerone McDougald,

    Plaintiff(s),

vs.

Warden Ron Erdos, et al.,

    Defendant(s).

Case Number: 1:17cv95

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on February 26, 2019 (Doc. 66), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired March 12, 2019, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff/appellant's motion for leave to proceed *in forma pauperis* on appeal (Docs. 47, 48, 52, and 53) is DENIED. Plaintiff/appellant is assessed the filing fee and given thirty days within which to pay the fee.

IT IS SO ORDERED.

                                                  Judge Susan J. Dlott
                                                United States District Court